IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-232-ECM-SMD |
| | ) | |
| CESAR CAMPOS-REYES | ) | |

**ORDER**

Defendant is charged with four counts of bank fraud in violation of 18 U.S.C. § 1344, four counts of wire fraud in violation of 18 U.S.C. § 1343, and one count of money laundering in violation of 18 U.S.C. § 1957. Indictment (Doc. 1). The Government moves for pretrial detention of Defendant, asserting that he should be detained because he is a flight risk and a danger to the community. Gov't's Mot. (Doc. 11) p. 2.

On July 23, 2025, the undersigned held a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). For the reasons stated on the record at the hearing, the undersigned finds that Defendant should not be detained pending trial. Accordingly, it is

ORDERED that the Government's Motion for Detention (Doc. 11) is DENIED.

DONE this 24th day of July, 2025.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE